

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2013

No. 04-13-00242-CR
No. 04-13-00243-CR

James Michael Chin,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case No. 2012CR5328 and 2011CR7140

# ORDER

The Court has reviewed the record and briefs in these appeals and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeals. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the causes are advanced for **ON BRIEFS** submission on December 4, 2013, to the following panel: Chief Justice Stone, Justice Barnard, and Justice Alvarez. All parties will be notified of the Court's decision in these appeals in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeals. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on October 30, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this October 30, 2013.

_____
Keith E. Hottle, Clerk